```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA
                        ATLANTA DIVISION

SIGFRIED D. WHITE,                :
                                  :
      Plaintiff,                  :
                                  :       CIVIL ACTION
v.                                :
                                  :       NO. 1:10-CV-4166-AT-ECS
                                  :
CROWNE AVIATION SERVICES, LLC,    :
                                  :
      Defendant.                  :
```

**O R D E R**

Attached is the Final Report and Recommendation of the United States Magistrate Judge in this action in accordance with 28 U.S.C. § 636(b)(1) and this Court's Civil Local Rule 72. The Clerk shall serve this Final Report and Recommendation on the parties.

Pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b)(2), within fourteen (14) days after being served with a copy, each party may file written objections, if any, to this Report and Recommendation. Should objections be filed, they shall specify with particularity the alleged error or errors made (including reference by page number to the transcript, if applicable) and shall be served upon the opposing party. The party filing objections will be responsible for obtaining and filing the transcript of any evidentiary hearing for review by the District Court. If no objections are filed, the Report and Recommendation may be adopted as the opinion and order of the District Court and any

AO 72A
(Rev.8/82)

appellate review of factual findings will be limited to a plain error review. United States v. Slay, 714 F.2d 1093 (11th Cir. 1983), cert. denied, 464 U.S. 1050, 104 S.Ct. 729 (1984).

    The Clerk is **DIRECTED** to submit the Final Report and Recommendation with objections, if any, to the District Court after expiration of the above time period.

    **SO ORDERED**, this 30th day of July, 2012.

                                      s/ *E. Clayton Scofield*
                                      E. CLAYTON SCOFIELD III
                                      UNITED STATES MAGISTRATE JUDGE